# United States Court of Appeals for the Federal Circuit

June 30, 2006

ERRATA

Appeal No. 05-1412

<u>Bruckelmyer v. Ground Heaters</u>

Decided: June 28, 2006.                              Precedential

In Judge Newman's dissenting opinion from the denial of the petition for rehearing en banc, the following change is made:

At page 2, third line from the bottom of the slip opinion, after "printed publication in" insert -- this or --.